826

No. 11–1527. UNDER SEAL *v.* UNDER SEAL ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 11–1529. BROWN *v.* ASTORIA FEDERAL SAVINGS & LOAN ASSN.  C. A. 2d Cir.  Certiorari denied.

No. 11–1530. TAVERAS *v.* RHODE ISLAND.  Sup. Ct. R. I.  Certiorari denied.

No. 11–1533. YAKUBU *v.* HOLDER, ATTORNEY GENERAL. C. A. 11th Cir.  Certiorari denied.

No. 11–1534. ANDERSON *v.* AON CORP.  C. A. 7th Cir.  Certiorari denied.

No. 11–1537. KERNELL *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 11–1539. ALARCIA *v.* REMINGTON, ACTING CHIEF PROBATION OFFICER, LOS ANGELES COUNTY PROBATION DEPARTMENT, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 11–1540. CITY COUNCIL OF THE CITY OF NEWPORT NEWS, VIRGINIA, ET AL. *v.* T-MOBILE NORTHEAST LLC.  C. A. 4th Cir. Certiorari denied.

No. 11–1541. COLEMAN *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 11–1542. CRAY *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 11–1548. TRAN *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 11–1549. TOLAND *v.* FUTAGI.  Ct. App. Md.  Certiorari denied.

No. 11–1551. GROSECLOSE *v.* DEPARTMENT OF THE NAVY. C. A. Fed. Cir.  Certiorari denied.

No. 11–6315. JACKSON *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.